IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00945-WDM-MEH

SAN LUIS VALLEY ECOSYSTEM COUNCIL,

    Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 19, 2007.**

    Interested Part Lexam Explorations (U.S.A.) Inc.'s Motion for Withdrawal of Motion to Intervene [Filed June 19, 2007; Docket #9] is **granted**. The Motion to Intervene [Filed June 1, 2007; Docket #5] is **withdrawn** and is no longer pending.