IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Walker D. Miller

Courtroom Deputy: LaDonne Bush        Date: February 11, 2009
Court Reporter: Kara Spitler

Civil Action No. 07-cv-00945-WDM-MEH

| Parties | Counsel |
|---|---|
| SAN LUIS VALLEY ECOSYSTEM COUNCIL, | Travis Stills |
| Plaintiff, | |
| v. | |
| UNITED STATES FISH AND WILDLIFE SERVICE, | Stephen Taylor<br>Jennifer Riggs |
| Defendant. | |

COURTROOM MINUTES

Status Conference

9:02 a.m.     Court in session.

Mr. Stills appears by telephone.

Court's preliminary comments.

**ORDERED**: 1.  Plaintiffs Motion to Reopen Litigation and Request for Status Conference (Doc. 48) is granted.

2.  Motion to Supplement Complaint (Doc. 49) is granted on the condition that an amended complaint be filed. An amended complaint shall be filed within 45 days. Defendant shall respond

within 30 days thereafter.

3. Defendant's Motion to Strike Plaintiff's Motion for Preliminary Injunction and Motion to Supplement Complaint (Doc. 51) is denied.

Discussion regarding the oral motion by David Bailey on behalf of Lexam Explorations to intervene.

**ORDERED**: Oral motion to intervene by Lexam Explorations is granted. Mr. Bailey shall file a written motion and proposed order.

Mr. Bailey and Melissa Meirink appear on behalf of Lexam Explorations.

Court's comments regarding the possibility of recusal.

**ORDERED**: For the reasons stated on the record, counsel shall file their positions on the recusal issue by February 18, 2009.

**ORDERED**: The supplement to the motion for preliminary injunction not exceeding 30 pages shall be filed by February 23, 2009. Defendant's response not exceeding 30 pages shall be filed within 30 days thereafter. Plaintiff has 15 days to file a reply brief. Intervenor shall follow Defendant's schedule.

9:32 a.m.    Court in recess.

Time: 00:32
Hearing concluded.