IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Case No. 07-cv-00945-WDM-MEH

SAN LUIS VALLEY ECOSYSTEM COUNCIL,

    Plaintiff,

  v.

UNITED STATES FISH AND WILDLIFE SERVICE, and
LEXAM EXPLORATIONS (U.S.A.) INC.

    Defendants.

_____

## ORDER ON LEXAM'S MOTION TO INTERVENE

    This matter has come before the court on the Motion of Lexam Explorations (U.S.A.) Inc. ("Lexam") to intervene in the above-captioned matter as a defendant and to participate in all aspects of this case. And the court, being fully advised of the premises herein, does grant the foregoing motion.

    It is therefore ordered that Lexam shall be permitted to intervene in this matter as a defendant and to participate in all aspects of this case. Any time deadline or page limitation previously established for defendant United States Fish and Wildlife Service

PDF FINAL

shall apply to defendant Lexam and Lexam is hereafter a party defendant in this matter.

DATED at Denver, Colorado, on February 24, 2009.

BY THE COURT:


s/ Walker D. Miller
United States District Judge