IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Case No. 07-cv-00945-WDM-MEH

SAN LUIS VALLEY ECOSYSTEM COUNCIL,

    Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, and
LEXAM EXPLORATIONS (U.S.A.) INC.

    Defendants.

_____

# ORDER

This matter is before me on the parties' Stipulation concerning the limitation on Defendant Lexam Explorations (U.S.A.), Inc.'s use of the surface on the Baca National Wildlife Refuge through July 31, 2009. Given this stipulation and the briefing schedule established at the status conference, it is in the best interests of the parties and the resolution of the issues presented in this case that a timely hearing on the Plaintiff's Motion for Preliminary Injunction be scheduled. It is, therefore, ordered that the parties

shall contact my chambers to schedule said hearing on a date between April 15, 2009 and July 15, 2009.

DATED at Denver, Colorado, on February 24, 2009.

BY THE COURT:


s/ Walker D. Miller
United States District Judge