**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-00945 WDM-MEH

SAN LUIS VALLEY ECOSYSTEM COUNCIL, CITIZENS FOR SAN LUIS VALLEY – WATER PROTECTION COALITION,

    Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,

    Defendant,

LEXAM EXPLORATIONS (U.S.A.) INC.,

    Defendant/Intervenor

**ORDER**

    Based on good cause shown, Plaintiffs' *Unopposed Motion to Alter the Scheduling Order* is **GRANTED** and it is hereby **ORDERED** that the *Scheduling Order* (Doc. 116) shall be altered, as follows: all discovery motions and motions regarding the establishment or supplementation of the administrative record in this matter shall be due on or before November 6, 2009, any response briefs must be filed on or before November 17, 2009, and, any reply brief must be filed on or before November 24, 2009.

    DATED this 2nd day of November, 2009

                                            BY THE COURT:
                                            s/ Walker D. Miller
                                            _____
                                            **United States Senior Judge Walker Miller**