IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.     07-cv-00945-WDM-MEH

SAN LUIS VALLEY ECOSYSTEM COUNCIL,

    Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,

    Defendant,

LEXAM EXPLORATIONS (USA) INC.,

    Defendant/Intervenor.
_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

This matter is before me on the joint motion to administratively close case (ECF No. 146) and the stipulated settlement agreement (ECF No. 145). It is now ordered that this case is administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause. If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before September 23, 2011, this case shall be automatically dismissed without prejudice.

DATED at Denver, Colorado, on September 23, 2010.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL